ADJ
PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. LORNE HOWARD                             Docket No. 4:15-CR-18-2BR

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

    COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, LORNE HOWARD, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 16th day of March, 2015

The defendant appeared before W. Earl Britt, the Senior U.S. District Judge for arraignment on the 1st day of June, 2015, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
As a condition of his release, the defendant has been on location monitoring since March 16, 2015. During that time, he has been in complete compliance with all conditions of his release. However, as a result of the severe swelling of his ankles due to diabetes, the strap which holds the location monitoring transmitter in place cannot be secured tight enough for the unit to transmit properly. As a result, improper alerts are being generated by the monitoring center. The defendant lives in close proximity to and works daily with his brother, the third party custodian. Additionally, the undersigned officer has met with the defendant and his family on numerous occasions. As there are no concerns that the defendant presents a risk flight or danger to the community, it is requested that the release condition requiring location monitoring be stricken. The U.S. Attorney's Office has no objection to this request.

**PRAYING THAT THE COURT WILL ORDER that the condition of release requiring location monitoring be stricken and that all other conditions of release remain in effect.**

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Dwayne K. Benfield                    /s/ David W. Leake
Dwayne K. Benfield                        David W. Leake
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          200 Williamsburg Pkwy, Unit 2,
                                          Jacksonville, NC 28546-6762
                                          Phone: 910-346-5109
                                          Executed On: December 2, 2015

LORNE HOWARD
Docket No. 4:15-CR-18-2BR
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered the __4__ day of __December__, 2015, and ordered filed and made part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge